POOLER, Circuit Judge,
concurring:
While I join fully in the majority opinion, I write separately to note my view *110 that Congress may well have intended to give a tax credit for those supplies which would have been purchased absent any qualified research. In reaching this conclusion, I am reminded that Section 41 has long been the subject of much industry lobbying. See, e.g., Mark Crawford, Industry Lobbies Hard for R & D Tax Credit, Science, February 19, 1988, at 859; Kim Dixon, Companies Lobby for U.S. R & D Tax Credit, Reuters, Oct. 21, 2009 (“Companies with big research and development spending, including CA (CA.O) and Dow Chemical Co (DOW.N), are lobbying U.S. lawmakers to extend and broaden a multibillion-dollar tax credit they say will preserve Americans jobs.”).
If Congress intended the supplies at issue here to be creditable, however, it failed to write the statute in such precise terms so as to preclude either the Commissioner’s regulations or his interpretations. Accordingly, I join the majority opinion.